# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| WILLIAM WOODS ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 3:19-cv-00137-BJD |
| ) | |
| v. ) | |
| ) | |
| COMBE INCORPORATED; COMBE ) | |
| PRODUCTS, INC.; COMBE ) | |
| LABORATORIES, INC.; ) | |
| COMBE INTERNATIONAL LLC ) | |
| f/k/a COMBE INTERNATIONAL LTD. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(i), Plaintiff William Woods voluntarily dismisses without prejudice the above-entitled action against Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International LLC.

This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: February 18, 2019

/s/ Joseph A. Osborne
Joseph A. Osborne, Esquire
Florida Bar No: 880043
OSBORNE & FRANCIS LAW FIRM
433 Plaza Real Suite 271
Boca Raton, FL 33432
(561) 293-2600; Fax: (561) 923-8100
josborne@realtoughlawyers.com
rbell@realtoughlawyers.com
tcoe@realtoughlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of February 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

                                                      */s/ Joseph A. Osborne*