UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM WOODS,

    Plaintiff,

v.                                            Case No. 3:19-cv-137-J-39MCR

COMBE INCORPORATED, COMBE INTERNATIONAL, LLC, COMBE LABORATORIES, INC., and COMBE PRODUCTS, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 8; Notice) filed by Plaintiff on February 18, 2019. In the Notice, Plaintiff states that he voluntarily dismisses this action without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1.    This case is **DISMISSED without prejudice.**

2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

ap